UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Heritage Development Corp. of Minnesota, Inc., a Minnesota corporation,

Plaintiff,

v.

Donna Carlson, et al.,

Defendants.

Civil: 01-2378 JMR/FLN

**ORDER**

---

Peter Crema, Jr., Esq., for Plaintiff.
George Hoff, Esq., for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge for a hearing on August 1, 2002, on Defendant's Motion for Protective Order [#10].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Protective Order [#10] is **GRANTED**. Plaintiff is hereby precluded from taking Defendants' depositions at this time;

2. In the event Defendants' summary judgment motion is denied, this Court will re-visit the issue, if need be.

Dated: 8/2, 2002

FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE

(15)

AUG 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.